UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br>ERIC DESMOND SIMPSON,<br><br>    Defendant(s). | No. CR 10-00122 PJH (LB)<br><br>ORDER RE SELF-SURRENDER AND DETENTION |

On February 26, 2010, Eric Desmond Simpson appeared voluntarily, waived indictment, and consented to be charged by information. After he was arraigned, he self-surrendered to begin serving the custodial portion of his sentence. The parties anticipate reaching a negotiated disposition shortly.

This case is a presumption case under 18 U.S.C. § 31242(e), and the Court ordinarily would hold a detention hearing at the government's request under 18 U.S.C. § 3142(f). According to the government, self-surrender potentially affects Mr. Simpson's custodial classification (in a positive way) at the Bureau of Prisons. The Court advised Mr. Simpson of his right to present information on his own behalf at a section 3142(f) hearing to set conditions of release. Understanding those rights, Mr. Simpson asked to self-surrender and to forego presenting information at this time. Accordingly, the Court accepts Mr. Simpson's self-surrender and orders him detained.

**IT IS SO ORDERED.**

Dated: February 26, 2010

LAUREL BEELER
United States Magistrate Judge

ORDER (CR 10-00122 PJH (LB))