JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3705
   Facsimile: (510) 637-3724
   E-Mail:    James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-10-00122 PJH |
|     Plaintiff, ) ) | |
| v. ) ) | [PROPOSED] ORDER EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ERIC DEMOND SIMPSON, ) ) | Date:    May 12, 2010 |
|     Defendant. ) ) ) | Time:    10:00 a.m. Court:   Hon. Laurel Beeler |

     Defendant Eric Demond Simpson is charged in a two-count information with (1) possession with intent to distribute cocaine base in the form of "crack" cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii); and (2) possession with intent to distribute cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). On May 12, 2010, defendant appeared for a status hearing before this Court. This Court set the matter for a change of plea hearing or trial setting before the Honorable Donna M. Ryu on June 16, 2010 at 10:00 a.m. Additionally, the parties agreed to an exclusion of time pursuant to the Speedy Trial Act (18 U.S.C. § 3161) from May 12, 2010 to June 16, 2010, in

[PROPOSED] ORDER RE: TIME EXCLUSION
CR-10-00122 PJH                       1

1  light of (1) the need for defense counsel to research a potential motion to suppress, and (2)
2  defense counsel's unavailability from May 19, 2010 through June 3, 2010.  Failure to grant the
3  requested continuance would unreasonably deny defense counsel reasonable time necessary for
4  effective preparation, taking into account the exercise of due diligence.  Given these
5  circumstances, the Court found that the ends of justice served by excluding the period from May
6  12, 2010 to June 16, 2010 outweigh the best interest of the public and the defendant in a speedy
7  trial.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
8          IT IS HEREBY ORDERED that:
9              With the consent of defendant Simpson, the period from May 12, 2010 to June 16,
10 2010 is excluded from the Speedy Trial Act calculations for effective preparation of counsel,
11 continuity of defense counsel, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

13 IT IS SO ORDERED

15 DATED: May 14, 2010

                                          _____
                                          LAUREL BEELER
                                          United States Magistrate Judge

28 [PROPOSED] ORDER RE: TIME EXCLUSION
   CR-10-00122 PJH                          2